United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 19-16901-elf
Alan K. Lux                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: Pamela            Page 1 of 1              Date Rcvd: Feb 05, 2020
                             Form ID: 152            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2020.
```
db            +Alan K. Lux,   926 Marcella Street,    Philadelphia, PA 19124-1735
14415638      +KML Law Group,    Suite 5000 - BNY Independence Center,   701 Market Street,
               Philadelphia, PA 19106-1538
14451016      +PENNSYLVANIA HOUSING FINANCE AGENCY,    C/O KML Law Group,   701 Market Street Suite 5000,
               Philadelphia, PA. 19106-1541
14415643      +PGW,    PO Box 3500,   Philadelphia, PA 19122-0500
14437296      +PHILA GAS WORKS,   800 W MONTGOMERY AVE,    PHILADELPHIA, PA 19122-2898,
               ATTN: BANKRUPTCY DEPT,3FL
14415640      +Palisades Collection, LLC,   c/o Mitchell F. Ratchford, Esquire,   409 Lackawanna Ave., Ste. 3C,
               Scranton, PA 18503-2059
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Feb 06 2020 03:59:19     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 06 2020 03:58:17
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 06 2020 03:59:17    U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14415637      +E-mail/Text: bankruptcy@sccompanies.com Feb 06 2020 03:59:53     Ginny's Inc.,
               1112 7th Avenue,    P.O. Box 2816,   Monroe, WI 53566-8016
14427330       E-mail/PDF: resurgentbknotifications@resurgent.com Feb 06 2020 04:01:17     LVNV Funding, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14415639      +E-mail/Text: bankruptcy@sccompanies.com Feb 06 2020 03:59:53     Montgomery Ward,
               1112 7th Avenue,    Monroe, WI 53566-1364
14415641      +E-mail/Text: ebn@vativrecovery.com Feb 06 2020 03:57:58     Palisades Collection, LLC/Verizon,
               210 Sylvan Avenue,   Englewood Cliffs, NJ 07632-2510
14452912      +E-mail/Text: blegal@phfa.org Feb 06 2020 03:58:51     Pennsylvania Housing Finance Agency,
               211 North Front Street,   Harrisburg, PA 17101-1406
14415642      +E-mail/Text: blegal@phfa.org Feb 06 2020 03:58:51     Pennsylvania Housing Finance Agency,
               211 North Front Street,   PO Box 15057,   Harrisburg, PA 17105-5057
14415644      +E-mail/Text: megan.harper@phila.gov Feb 06 2020 03:59:19     Philadelphia Gas Works,
               c/o City of Philadelphia,   Law Department,   1515 Arch Street,   Philadelphia, PA 19102-1504
                                                                                             TOTAL: 10
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2020 at the address(es) listed below:
```
              BRADLY E ALLEN    on behalf of Debtor Alan K. Lux bealaw@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 4
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

___

In Re: Alan K. Lux
    Debtor(s)

Case No: 19−16901−elf
Chapter: 13

___

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 2/25/20 at 10:00 AM , in Courtroom #1, 900 Market Street, Philadelphia, PA 19107


For The Court

Timothy B. McGrath
Clerk of Court

28
Form 152