# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | | |
|---|---|---|
| In re  **ALAN K. LUX** | Case No. | **19-16901/elf** |
| Debtor(s) | Chapter | **13** |

### CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2020 a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to all parties listed below and and to the Trustee and parties listed below.

PA Housing Finance Agency
211 North Front Street
PO Box 15057
Harrisburg, PA  17105

PGW
Attn: Bankruptcy Dept.
800 W. Montgomery Ave.
Philadelphia, PA 19122

Water Revenue Bureau
c/o City of Philadelphia
Tax & Revenue Dept.
1401 JFK Blvd.
Philadelphia, PA 19102

City of Philadelphia Law Dept.
Tax & Revenue Dept.
1401 JFK Blvd. 5th Floor
Philadelphia, PA 19102

Alan K. Lux
926 Marcella St.
Philadelphia, PA  19124

Electronic mail to:

William C.Miller, Chapter 13 Trustee

U.S. Trustee

Rebecca Ann Solarz
on behalf of PA Housing Finance Agency

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**