# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **ALAN K. LUX**  
Debtor(s)

Case No.  **19-16901/elf**  
Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2020 a copy of Amended Schedules D and F were served electronically or by regular United States mail to all parties listed below and and to the Trustee and parties listed below.

Palisades Collections, LLC  
c/o Mitchell F. Ratchford, Esquire  
409 Lackawanna Ave., Ste. 3C  
Scranton, PA  18503

Palisades Collections  
210 Sylvan Ave.  
Englewood Cliffs, NJ  07632

Alan K. Lux  
926 Marcella St.  
Philadelphia, PA  19124

Electronic mail to:

William C. Miller, Chapter 13 Trustee

U.S. Trustee

**/s/ Bradly E. Allen, Esquire**

**Bradly E. Allen**  
**7711 Castor Avenue**  
**Philadelphia, PA 19152**  
**215-725-4242 Fax:215-725-8288**  
**bealaw@verizon.net**