# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| IN RE:  Alan K. Lux <br>                     Debtor(s) <br><br> PENNSYLVANIA HOUSING FINANCE AGENCY, <br> its successors and/or assigns <br>                     Movant <br>     vs. <br><br> Alan K. Lux <br>                     Debtor(s) <br><br> William C. Miller Esq. <br>                     Trustee | CHAPTER 13 <br><br><br> NO. 19-16901 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE AGENCY, which was filed with the Court on or about **April 30, 2020, docket number 39**.

                                          Respectfully submitted,

                                By: **/s/ Rebecca A. Solarz, Esquire**
                                       Rebecca A. Solarz, Esquire
                                       KML Law Group, P.C.
                                       BNY Mellon Independence Center
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA  19106
                                       215-627-1322
                                       Attorney for Movant/Applicant

June 24, 2020