United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Alan K. Lux

    Debtor(s)

Case No. 19-16901-elf

Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2             User: dlv             Page 1 of 2

Date Rcvd: Oct 07, 2020        Form ID: pdf900        Total Noticed: 18

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alan K. Lux, 926 Marcella Street, Philadelphia, PA 19124-1735 |
| 14415638 | + | KML Law Group, Suite 5000 - BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14451016 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14415643 | + | PGW, PO Box 3500, Philadelphia, PA 19122-0500 |
| 14437296 | + | PHILA GAS WORKS, 800 W MONTGOMERY AVE, PHILADELPHIA, PA 19122-2898, ATTN: BANKRUPTCY DEPT,3FL |
| 14415640 | + | Palisades Collection, LLC, c/o Mitchell F. Ratchford, Esquire, 409 Lackawanna Ave., Ste. 3C, Scranton, PA 18503-2059 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 08 2020 02:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 08 2020 02:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 08 2020 02:59:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14480742 | | Email/Text: megan.harper@phila.gov | Oct 08 2020 02:59:00 | Water Revenue Bureau, Pamela Elchert Thurmond, Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14493406 | | Email/Text: megan.harper@phila.gov | Oct 08 2020 02:59:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14415637 | + | Email/Text: bankruptcy@sccompanies.com | Oct 08 2020 02:59:00 | Ginny's Inc., 1112 7th Avenue, P.O. Box 2816, Monroe, WI 53566-8016 |
| 14427330 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 02:50:52 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14415639 | + | Email/Text: bankruptcy@sccompanies.com | Oct 08 2020 02:59:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14415641 | + | Email/Text: ebn@vativrecovery.com | Oct 08 2020 02:59:00 | Palisades Collection, LLC/Verizon, 210 Sylvan Avenue, Englewood Cliffs, NJ 07632-2510 |
| 14452912 | + | Email/Text: blegal@phfa.org | Oct 08 2020 02:59:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14415642 | + | Email/Text: blegal@phfa.org | Oct 08 2020 02:59:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, PO Box 15057, Harrisburg, PA 17105-5057 |
| 14415644 | + | Email/Text: megan.harper@phila.gov | Oct 08 2020 02:59:00 | Philadelphia Gas Works, c/o City of Philadelphia, Law Department, 1515 Arch Street, Philadelphia, |

| | | |
|---|---|---|
| District/off: 0313-2 | User: dlv | Page 2 of 2 |
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 18 |

PA 19102-1504

TOTAL: 12

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | LVNV Funding LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020                    Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Alan K. Lux bealaw@verizon.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**                                    **Chapter 13**
ALAN K. LUX


                    **Debtor**              **Bankruptcy No.** 19-16901-ELF


# <u>ORDER</u>


   **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.


Date:  October 7, 2020  _____
                            Eric L. Frank
                            Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRADLY E ALLEN ESQ
7711 CASTOR AVE

PHILA, PA 19152-


Debtor:
ALAN K. LUX

926 MARCELLA STREET

PHILADELPHIA, PA 19124-